# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-3269

———————————————

WILLIAM M. CUPP,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.

March 13, 2024

PER CURIAM.

As the circuit court recently issued an order directing the State to respond, the Court denies the petition for writ of mandamus. *Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

William M. Cupp, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.